*In re* **Rooney**, Robert William Jr. (MR 18596)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Robert William Rooney, Jr., is censured.

*In re* **Schneider**, Charles J. (MR 18603)
Chicago, IL

Order of the Court:

The motion by Charles J. Schneider to strike his name from the roll of attorneys is continued until April 9, 2003, to allow him to file an affidavit that complies with Supreme Court Rule 762(a)(2) if he wants to maintain his motion. If a proper affidavit is not filed by the due date, the name-strike motion will be denied without further notice.